## VAN ARSDALE-OSBORNE BROKERAGE. CO. v. UPDEGROVE..

No. 2163.    Opinion Filed October 15, 1912.

**INSURANCE—Action on Premium Notes—Set-off.** Syllabus same as in Van Arsdale v. Edwards, 24 Okla. 41, 101 Pac. 1123.

*Error from District Court, Woods County;*
*R. H. Loufbourrow, Judge.*

Action by plaintiff· in error, plaintiff below, against defendant in error, defendant below.  Judgment for defendant, and plaintiff brings error.  Reversed and remanded.

*E. L. Foulke, C. A. Matson,* and *Sandon J. Vigg,* for plaintiff in error.

*E. W. Snoddy* and *F. W. Madison,* for defendant in error.

Opinion by AMES, C.  This case must be reversed and remanded upon the authority of *Van Arsdale, etc., v. Edwards,* 24 Okla. 41, 101 Pac. 1123, in which the facts are substantially the same.

By the Court:  It is so ordered.